# UNITED STATES DISTRICT COURT
for the

District of Columbia

Civil Division

| | |
|---|---|
| Jac Wright | Case: 1:19-cv-03353  JURY DEMAND |
| *Plaintiff(s)* | Assigned To : Friedrich, Dabney L. |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Assign. Date : 11/4/2019 |
| | Description: Employ. Discrim. (H-DECK) |
| -v- | |
| President Donald J Trump | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jac Wright |
| Street Address | Flat 8, 62-66 Victoria Road |
| City and County | Cambridge |
| State and Zip Code | Cambridge CB4 3DU, UK |
| Telephone Number | [witheld] |
| E-mail Address | jacwrightbooks@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — Donald J. Trump
    Job or Title *(if known)* — President
    Street Address — Trump Tower, 725 5th Avenue
    City and County — New York
    State and Zip Code — NY 10022
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

8 USC § 2261A
U.S. Code §1111.Murder
Employment Discrimination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Jac Wright, is a citizen of the State of *(name)* United Kingdom (foreign nation).

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Donald J. Trump, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____;

   and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have been a long time friend and loved one of Donald J Trump who is being strong armed or misguided by rogue staff and felon A Ocasio-Cortez to stalk, menace, criminally harass and murder me for financial and other gain.

Please see attached complaint statement

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached complaint sttement

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/12/2019

Signature of Plaintiff: s/ Jac Wright

Printed Name of Plaintiff: Jac Wright

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

Flat 8, 62-66 Victoria Road

Cambridge CB4 3DU

United Kingdom

      VS.                                         CIVIL ACTION NO.

President Donald J. Trump

Trump Tower

725 5th Avenue

New York

NY 10022

USA

## COMPLAINT

The complaints are:

Violation of basic human rights

Menacing and Attempted Murder by rogue Mick Mulvaney, Mike Pompeo and Mark Esper

Stalking

Criminal Harassment

Slander and libel

Abuse of office and abuse of power

Obstruction of Justice

Aiding and abetting a criminal

Accessory after the fact of a crime

Modern day slavery

Age discrimination & Retaliation in employment

Violation of the Constitution – Retaliation against First Amendment Rights

I have been well known in online communities since my books were published under the pen name Jac Wright. I first connected with Donald Trump online on Twitter at the start of the 2016 Republican primaries. I supported Donald Trump because he was more of a "Democrat" than the other GOP candidates. He connected very closely with me. I am an engineer with one of the highest IQs in the world. I emotionally supported him, and my strategies and support made him strong and steady and helped him through the Republican primaries. Among other things, absorbing the Ben Carson campaign was done under my guidance. We became friends. I live in England and have a small engineering business. I also moonlight as a writer.

During the main election I supported Hillary Clinton. I started the #resistance when she was defeated and was against the president when information about the Russia conspiracy came out.

About May 2018 Donald Trump and I re-connected. His administration had been going through cycles of chaos and was under siege and his family under siege by the Trump Russia investigation. I supported him emotionally and steadied his administration, navigated him through the daily pitfalls. I supported his family and him legally, saving Donald Trump's life and his children's lives. I carried him for 2+ years. Donald Trump asked for a romantic relationship online and repeatedly asked for and accepted my help under the agreement (contract) that I would come over from England and work as the CTO of Trump Organisation. We agreed we would take on AI engineering contracts from NASA and DOD and make an engineering division for Trump Organisation like Lockheed together. We agreed I would write his biographies and he would introduce me to his literary agent. I got closely involved with him and helped him and his family at great expense to myself in time and money under this agreement. I assisted him in the international stage also, effectively

moderating his extreme tendencies. I brought him out from the chaos into the light. We fell in love after he initiated the love affair.

In January 2019 Donald Trump appointed Mick Mulvaney as acting chief of staff and ws driven by Mulvaney to get involved with A. Ocasio-Cortez. She started attacking me with Justice Democrats online with relentless slander. Donald Trump fell under her influence. He kept the relationship with me also and did not let me leave him. Then Ocasio-Cortez told him to "take care of" me and Donald Trump threatened he was going to "take care of me" by "financially devastating" me, abusing his position as president to gratify the jealousies of Ocasio-Cortez. I was running a small successful engineering business at the time. Then he started publicly loudly spreading the slanders that Cortez would make up and tell him to "devastate" me professionally and financially. These slanders and lies Donald Trump yelled all over the news affected my clients and I have lost several hundreds of clients as a direct result.

Soon news about Ocasio-Cortez's campaign finance felonies came to light and I was tweeting what I found out about them. Then Ocasio-Cortez told Donald Trump to cut off all income of money to me in order to:

(1) Ruin me in income and profession to gratify her jealousy and keep me "below" her.

Harassment because another person is more skilled is a CRIME. Many of the criminals in prison are there for harassing, damaging or killing a partner to get a lover.

(2) To devastate me in order to stop me exposing her crimes.

(3) And now to cause me serious bodily harm eventually leading to death.

Harassment for obstruction of justice is a CRIME, and this is a main motive in crimes. Many of the criminals incarcerated are there for harassing, damaging, or killing others to conceal another major crime.

There were other demands, but when I was minding my life and helping Donald Trump, he still initiated the "devastation" call to the UK. So, these are the reasons.

Donald Trump told me he was therefore "devastating" me to stop my free speech about Ocasio-Cortez's crimes, becoming an accessory after the fact and aiding and abetting her crimes. This is a direct violation of the First Amendment, retaliation against my First Amendment rights.

I asked Donald Trump to charge Ocasio-Cortez at the right level for her crimes. He said he was going to stop the DOJ from charging her and would work to "cover up" Ocasio-Cortez's crimes, obstructing justice. Further, he said he was harassing and devastating me to stop me from writing about her crimes or other negative true things on Twitter which were not as bad as the things Cortez was saying about me. Also, this woman, a serious felon, was coming to decimate our long-time true love relationship. I was addressing my boyfriend; I could say anything to him.

He has suggested that had I been 30 years old, he would not have proceeded with the "devastation."

Further, in abuse of office of the presidency and in abuse of my human rights, Donald Trump misused his access to secret services to track down and get private information about me, despite my repeated requests not to do so. He commenced saying what he found out, also mixing in made up slander, in public to the press, also leaking it all over to the media. I am a quiet private citizen who likes to live a quiet life away from the media, and the abuse, character assassination and slander all over the media was terrifying and devastating to me.

In further abuse of office and powers, he started stalking and tracking down my employers. Much of this was done by his staff. He phoned the new prime minister and lower level officials to force them to block my MOD (UK Ministry of Defence) contracts worth billions to devastate me. Now it has become the culture of his administration to slander me in the press and stalk and contact my clients and the UK government to slander me and devastate me. He has recruited Fox news to continue the stalking, slander and devastation. He has said this stalking, harassment, and abuse of my human rights would go on for life, and in any event, he has already done the damage for life. I have never worked for him. I have explicitly asked him repeatedly not to stalk me and not to contact anyone in my life.

He has said he is doing this to gratify the jealousies of Ocasio-Cortez, to keep me from rising above her in status or income, to perpetrate and hide and cover up her crimes, and to stop my negative true tweets about her not as vile as the false slanderous things she was saying about me.

He has also said he was going to devastate me if I helped or supported the Democrats or Bernie Sanders on social media, or if I do not use my high IQ strategies to help him. I asked him to hire me in London for some income while I helped him, but he has said he would devastate my life if I didn't use my high IQ brain to help his campaign for free, effectively as a modern-day slave, while he had his affair with Ocasio-Cortez.

I said to him that he lived in a different country, that he just do what he wanted there and leave me alone here. All I wanted was a small house by the sea and to do my engineering work and writing.

He said he had called officials in the UK and threatened to block any US-UK trade deal unless they devastate me by stopping my MOD engineering contracts the UK MOD was very proud of me about and was about to award me, which the UK officials had had to let

Donald Trump block. They said my project proposal was invaluable and brilliant, and Donald Trump and staff had just blocked me and stolen my IP. How can any human being in this world stand the atrocity of a billionaire stalking and stealing my little company's IP and "decimating" me?

I have a Mensa level high IQ and is one of the world's foremost authorities and experts in the most difficult fields of engineering, EE and Artificial Intelligence. And I write about things important to the UK culture. I was a National Treasure beloved by all.

Donald Trump has said, through his daily human rights abuse, slander, libel, character assassination, criminal harassment, stalking and terrifying abuse of office and power, he would turn me into a criminal.

The betrayal of the relationship alone was excruciatingly painful enough, but the devastation, sustained over 8 months now, is unbearable and terrifying. Such a raging atrocity that has never before been heard of or seen in history. I am unable to wake up most days or go to work. I cry all day on public transport and in the office… everywhere.

He has offered me money for the affair, but I do things for the right reasons. I work hard and earn my living. My engineering work is my whole life and I love my writing. My life is hard enough as it is without this as I have a special need and it is with my engineering that I manage life living with it. How can any human being bear this? Engineering is my whole life as I have no children, and I have no life without my engineering as that is the only way to manage my special need. It is not about the money. It is about doing something great for the world. I have all these abilities and skills and I am blocked from my chance doing what something great. Focusing on the engineering is the only thing that lets me numb my pain and manage my special need. Please help me.

There have been ongoing threats made to me by a rogue group of people – mainly Mick Mulvaney, Mike Pompeo and Mark Asper - because Donald Trump loves me. They are conspiring with Ocasio Cortez to murder me and are to date attempting to harm and murder me every day. I have been told I am a long-term obstacle or "competitor" for their plans to hang Ocasio-Cortez on Donald Trump to isolate the President from his long-time loved ones, friends, and family for control and for scamming the family money. They have said they are destroying my work, my health, and ultimately my life to stop Donald Trump loving me so that they can hang Ocasio Cortez on him. This is straightforward murder and a crime that many criminals are and have been and are in prison for! Therefore, they have said, they are going to keep hitting me until I am fully decimated and murdered. The staff – particularly Mick Mulvaney, Mike Pompeo and Mark Asper – have inserted stalking and murder tentacles into every aspect of my life and are blocking all jobs and business and NHS medical health services in order to murder me. There have been threats to kill me and threats to falsely commit me. They have said they are stalking me by abusing office to monitor my bank accounts and harass me by menacing and threatening companies and people making payments to me. There are ongoing attempts at murder by the rogue group of people. There have been other attempts to ruin other innocents who are long-time trusted friends, family and loves of Donald Trump – Hope Hicks, daughter Ivanka Trump, Jared Kushner – in order to hang the criminal Ocasio-Cortez on Donald Trump and scam out the Trump family money.

What has been done to me, I don't want to live any more in a world that does this to me. I ask the courts to restore me to a free citizen with my engineering work restored, particularly the MOD contracts. I am looking for a way to continue my life which is not possible without engineering. I would withdraw this complaint if the MOD contracts just blocked is returned to me as that is a way for me to build a meaningful, quiet life in the UK by the seaside doing something great for the world and reaching my potential. This is not

about money. The compensation I ask for will be used to build an engineering company doing good for the world.

## APPLICATIONS

1. Due to the extreme stalking and harassment and attempted murder I am being subject to I ask that the courts allow me to proceed under my pen name, Jac Wright, in this matter. I apply for all possible documents filed to be under seal and for all possible hearings to be conducted away from the public for my protection.
I am able to provide my real name and file documents with other private information in this matter under seal after I am able to get an order allowing me to file this information under seal from the judges.

2. I apply for an order granting permission to file further information and material under seal to protect myself from the criminal harassment and attempted murder.

3. I am able to pay the filing fee, but the President and his staff having financially devastated me for 9 months, I am unable to afford an attorney. Given the severity of this case, I apply for the judge to appoint a Pro Bono attorney to conduct the matter for me.

4. I live in England and am unable to afford the air travel costs to appear in person. I apply for the courts to facilitate me to conduct matters in writing where possible and to appear by satellite and remote communications for hearings where possible.

5. I apply for electronic filing of documents.

6. I am being subject to attempted murder and extreme harassment and stalking daily by officials gone rogue—particularly Mick Mulvaney, Mike Pompeo, and Steve Mnuchin—conspiring with Ocasio Cortez, Nancy Pelosi and Lindsay Graham, because I am a long-time friend and loved one of Donald Trump. Hence, I ask for urgent interim relief to get myself some security and safety.

**RELIEF**

1. I am a target being criminally harassed and murdered because I am or was a long time loved one and friend of President Trump, and I am being financially devastated by harassment by a rogue group of people for financial greed – Ocasio Cortez and Mick Mulvaney, Mike Pompeo, Mark Esper, Hogan Gidley staff. I plead for an immediate interim relief of $1 million from the US government to get some healthcare they have blocked which is life threatening, and to get some security to save my life from them while this case proceeds.

2. I ask the courts to facilitate the UK MOD to award me the UK MOD contracts coming to me that Donald Trump and staff blocked by coercion. Or I ask for an order granting me the same or equivalent contracts with the US government. Or to award $14 billion in compensation from the US government for those and other engineering business with private corporations that have already been "devastated" for life and for the value of the IP stolen and blocked.

3. I ask for $1 million per month for my extremely excruciating pain and suffering and health deterioration since January 2019 over 10 months to date of extremely frightening criminal stalking, harassment, human rights abuse and attempted murder.

4. I ask Donald Trump for a 5-year appointment as the CTO of Trump Organisation to commence a minimum 3 months from the date of agreement and an introduction to his literary agent, the contact agreement under which I worked for him. Or for $19 million in compensation for breaking that contract and for 2.5 years of dedicated service and relationship saving and guiding Donald Trump, his administration, his life, and his children's lives.

5. I ask that the courts order the Trump administration to either charge the criminal Ocasio-Cortez at the right and fair level consistent with precedent or to award

compensation of $1 million per every year for up to 10 years that she is not charged and left free perpetrating her ongoing crimes against me which has no escalated to GBH and murder.

6. I ask for the removal of the following staff and officers from office who have gone rogue and are openly conducting attempted murder and extreme criminal harassment of me and for driving, bullying and strong-arming the President to join in with their criminality. I ask that the first 3 staff members be charged with ongoing attempted murder, GBH, extreme criminal harassment, and menacing:

   (i) Mick Mulvancy

   (ii) Mike Pompeo

   (iii) Mark Esper

   (v) Hogan Gidley

   Or to award me $100,000 for every month the first 3 staff members and $10,000 per month for the fourth staff member while they remain in office and I have to live under their criminal actions of ongoing attempted murder and criminal stalking, menacing, and harassment abusing their office.

7. I ask for an interim injunction and a permanent restraining order stopping harassment, stalking, menacing, privacy and human rights violation, and "devastation" of business and work. I am happy to make this a mutual consent order.

I attest that the information contained herein is true and correct to the best of my knowledge.

*[signature]*

s/ Jac Wright
Flat 8, 62-66 Victoria Road
Cambridge CB4 3DU
United Kingdom